# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

April 17, 2017

Hon. Andrew L. Carter, Jr.
Judge of the United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Donoghue v. Patriot National, Inc. and Steven M. Mariano
16 Civil 7905 (ALC) // Initial Pre-Trial Conference

Your Honor:

I am one of plaintiff's counsel and I write with the knowledge and concurrence of all defense counsel.

The Initial Pre-Trial Conference in this matter is scheduled before Your Honor for Friday, 04/21/17 at 10:30 A.M. All counsel seek a three week continuance.

During the course of our Rule 16(b) and Rule 24(f) Conference substantial progress was made to settle the case. Client consultations are now under way and we hope to have a resolution shortly. The Initial Pre-Trial Conference may prove unnecessary and going ahead with it on Friday would be a distraction from settlement efforts.

This is a first request.

Very truly yours,

David Lopez

DL/el
Cc: All counsel via ECF