UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
DONOGHUE,

                                **Plaintiff,**

   -against-                                        16-CV-7905 (ALC)

PATRIOT NATIONAL, INC. ET AL,        **ORDER OF DISCONTINUANCE**

                             **Defendants.**
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    New York, New York
             May 3, 2017

                                                              _____
                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**