UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

        Plaintiff,

v.

PATRIOT NATIONAL, INC.,

        Nominal Defendant,

and

STEVEN M. MARIANO,

        Defendant.

No. 1:16-cv-07905-ALC

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and her counsel hereby give notice that Plaintiff voluntarily dismisses this case with prejudice.

Dated: New York, New York
       June 14, 2017

*s/ Miriam Tauber*                     *s/ Adam M. Bialek*

_____         _____
Miriam Tauber                         William F. Dahill, Adam M. Bialek
MIRIAM TAUBER LAW PLLC          WOLLMUTH MAHER & DEUTSCH LLP

David Lopez                           *Attorneys for Defendant Steven M. Mariano*
LAW OFFICES OF DAVID LOPEZ

*Attorneys for Plaintiff Deborah Donoghue*      *s/ Adam S. Mintz*

                                                     _____
                                                     Thomas J. Kavaler, Adam S. Mintz
                                                     CAHILL GORDON & REINDEL LLP

                                                     *Attorneys for Nominal*
                                                     *Defendant Patriot National, Inc.*