USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/16/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

    Plaintiff,

v.

PATRIOT NATIONAL, INC.,

    Nominal Defendant,

and

STEVEN M. MARIANO,

    Defendant.

No. 1:16-cv-07905-ALC

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and her counsel hereby give notice that Plaintiff voluntarily dismisses this case with prejudice.

Dated: New York, New York
       June 14, 2017

s/ Miriam Tauber

Miriam Tauber
MIRIAM TAUBER LAW PLLC

David Lopez
LAW OFFICES OF DAVID LOPEZ

*Attorneys for Plaintiff Deborah Donoghue*

s/ Adam M. Bialek

William F. Dahill, Adam M. Bialek
WOLLMUTH MAHER & DEUTSCH LLP

*Attorneys for Defendant Steven M. Mariano*

s/ Adam S. Mintz

Thomas J. Kavaler, Adam S. Mintz
CAHILL GORDON & REINDEL LLP

*Attorneys for Nominal Defendant Patriot National, Inc.*

SO ORDERED.

/s/ Andrew L. Carter

JUNE 15, 2017